In the Matter of HERBERT MCMILLIAN, Appellant, v MAE RIZZO, Respondent.

Submitted February 26, 2007; decided March 27, 2007

Motion for reargument of motion for leave to appeal denied [*see* 7 NY3d 916].